UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
SUZANNE FELTENSTEIN
                    Plaintiff,

           --against--

LOCKWOOD MEDICAL CAMPUS OWNER,
LLC AND CENTROCK CORPORATION

                    Defendant.
-----------------------------------------------------------------X

Docket No. **7:16-CV-01023**
**(KMK) (JCM)**

**STIPULATION OF REMEDIATION**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, through their respective counsel as follows:

      **1.    ACCESSIBILITY REMEDIATION.**    At the 110 Lockwood Avenue building located at 110 Lockwood Avenue in Westchester County, New York (hereinafter referred to as "110 Lockwood Avenue") defendants agree to make the following architectural and policy modifications in compliance with the 2010 ADA Standards for Accessible Design[1]:

- create one accessible entrance into 110 Lockwood Avenue at the Lockwood Avenue facing entrance of 110 Lockwood Avenue (hereinafter referred to as the "Main Entrance");

- provide at least four (4) accessible parking spaces (including at least one (1) accessible van parking space), plus accessible access aisles, at the parking lot at 110 Lockwood Avenue, such accessible parking spaces to be located on the shortest accessible route to the Main Entrance;

---

[1] The 2010 ADA Standards for Accessible Design consists of both the Title III Regulations at 28 CFR part 36, subpart D; and the 2004 ADAAG at 36 CFR part 1191, appendices B and D (hereinafter referred to as the "2010 Standards").

1

- provide an accessible exterior path of travel to/from each of the accessible parking spaces at 110 Lockwood Avenue to/from the Main Entrance;

- provide an accessible exterior path of travel to/from the Main Entrance to/from the public sidewalk abutting Lockwood Avenue;

- install signange at 110 Lockwood Avenue indicating the location of the accessible entrance and paths of travel;

- install accessible parking space identification signange; and

- provide training on the laws against disability discrimination to the employees of the defendants who are responsible for maintaining the 110 Lockwood Avenue premises.

The above modifications are collectively referred to herein as the "Accessibility Remediation".

2. **COMPLETION DATE.** Defendants shall complete the Accessibility Remediation within six (6) months of the date that this Stipulation is So Ordered by the Court.

3. **RETENTION OF JURISDICTION.** This Court shall retain jurisdiction over this Stipulation to enforce or modify the provisions of this Stipulation, to resolve any dispute that arises under this Stipulation, and to entertain any application and issue any orders as may be necessary or appropriate for the effectuation of its terms and objectives.

**AGREED AND ACCEPTED:**

PARKER HANSKI LLC

By: _____
/ Glen H. Parker, Esq.
Attorneys for Plaintiff
40 Worth Street, 10th Floor

RYAN & CONLON, LLP

By: _____
William F. Ryan, Esq.
Sharon Schweidel, Esq.
Attorneys for Defendants

|  |  |
|---|---|
| New York, New York 10013 | 2 Wall Street, Suite 710 |
| Tel  (212) 248-7400 | New York, NY 10005 |
| Fax (212) 248-5600 | (212) 509-6009 |
| ghp@parkerhanski.com | WRyan@ryanconlon.com |

Dated:   July 21, 2017
         New York, New York

SO ORDERED:

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

August 29, 2017